# APPENDIX

## Notes of Cases Not Otherwise Reported.

ELIZA T. CLARK, Appellant, v. GEORGE SOMMERS, JEFF PHILLIPS, and THOMAS LANSING.

CLARK V. RIDDLE, 101 IOWA, 270, FOLLOWED.

*Appeal from Linn District Court.*—HON. W. G. THOMPSON, Judge.

WEDNESDAY, FEBRUARY 10, 1897.

SUIT in equity to abate and enjoin a liquor nuisance. Decree dismissing plaintiff's petition, and she appeals.—*Reversed.*

*Rickel & Crocker* for appellant.

*Wm. Smyth* and *Preston, Wheeler & Moffit* for appellees.

DEEMER, J.—The controlling questions in this case are decided in *Clark v. Riddle,* 101 Iowa, 270. Following that opinion, the judgment

and decree must be REVERSED. GRANGER, J., adheres to his dissent in that case. A decree will be entered in this court as prayed, which will include a fee of one hundred dollars for plaintiff's attorneys.—REVERSED.